CHARLES HEIDENHEIMER et al., Respondents, *v.* ROBERT BOYD, Appellant.

*Heidenheimer* v. *Boyd,* 15 App. Div. 580, affirmed.
(Submitted February 13, 1900; decided March 6, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the second judicial department, entered April 20, 1897, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

*Henry Daily, Jr.,* for appellant.

*Samuel Untermyer* and *Moses Weinman* for respondents.

Judgment and order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

---

ROYAL PHELPS CARROLL, Respondent, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY and THE MANHATTAN RAILWAY COMPANY, Appellants.

*Carroll* v. *New York Elevated R. R. Co.,* 14 App. Div. 278, affirmed.
(Argued February 14, 1900; decided March 6, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1897, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Sherrill Babcock* and *Julien T. Davies* for appellants.

*Egerton L. Winthrop, Jr., Flamen B. Candler* and *John Jay Chapman* for respondent.

Judgment and order affirmed, with costs; no opinion.
Concur: GRAY, HAIGHT, CULLEN and WERNER, JJ. Dissent: PARKER, Ch. J., O'BRIEN and LANDON, JJ.